UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHANNON JEROME JACOBS, | ) Case No. CV 09-0070-GAF(AJW) |
| | ) |
| Petitioner, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| STANDING DIRECTOR OF CDCR, | ) |
| | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: April 8, 2009

_____
Gary A. Feess
United States District Judge